# DAVID GIBBS *v.* COMMISSIONER OF CORRECTION
## (AC 33430)

Beach, Robinson and Alvord, Js.

Submitted on briefs October 12—officially released November 13, 2012

Per Curiam. The appeal is dismissed.

# SEAN BODAMER *v.* COMMISSIONER OF CORRECTION
## (AC 33607)

Gruendel, Lavine and Espinosa, Js.

Submitted on briefs October 12—officially released November 20, 2012

Per Curiam. The appeal is dismissed.

# MERRILL E. GOODWIN *v.* MARK DALTON ET AL.
## (AC 33694)

Gruendel, Lavine and Robinson, Js.

Argued October 26—officially released November 20, 2012

Per Curiam. The judgment is affirmed.